Gary L. Paxton #A2548
CLYDE SNOW SESSIONS & SWENSON, P.C.
Attorneys for Defendants Precision Concrete and
 Precision Concrete Medical Benefits Plan
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
Telephone: (801) 322-2516



FILED

13 OCT 98 AM 10:14

DISTRICT OF UTAH

BY:

RECEIVED
OCT 13 1998

OFFICE OF JUDGE
J. THOMAS GREENE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALINA McDEVITT, through her guardian, PATRICK McDEVITT, and UT-TEX, INC., d/b/a VISTA ADOLESCENT TREATMENT CENTER, | Case No. 2:98CV624G |
| Plaintiffs, | |
| -vs- | ORDER ENLARGING TIME TO ANSWER |
| PRECISION CONCRETE, f/k/a CONCRETE RESOURCES; PRECISION CONCRETE MEDICAL BENEFITS PLAN, f/k/a CONCRETE RESOURCES MEDICAL BENEFITS PLAN; and HUMANA HEALTH INSURANCE OF NEVADA, INC., | |
| Defendants. | |

BASED UPON the Stipulation and Motion, dated October 12, 1998, presented to the Court *ex parte* by Gary L. Paxton for the law firm of Clyde Snow Sessions & Swenson on behalf of Defendants Precision Concrete and Precision Concrete Medical Benefits Plan, and good cause appearing,

Scanned ✓  Faxed ___  Not Faxed ✓

NOW THEREFORE, based upon the foregoing and the parties' motion,

IT IS ORDERED that the time within which Defendants Precision Concrete and Precision Concrete Medical Benefits Plan are required to plead or otherwise respond to the Amended Complaint is hereby enlarged to, and including, Friday, October 23, 1998.

MADE AND ENTERED this 12th day of October, 1998.

BY THE COURT

_____
J. THOMAS GREENE
Senior District Court Judge

Approved as to form:

_____
Brian S. King
Attorney for Plaintiffs

United States District Court
for the
District of Utah
October 14, 1998

* * MAILING CERTIFICATE OF CLERK * *

Re: 2:98-cv-00624

True and correct copies of the attached were mailed by the clerk to the following:

    Mr. Brian S King, Esq.
    KING & ISAACSON
    4 TRIAD CENTER 825
    SALT LAKE CITY, UT 84180
    FAX 9,5321780

    Mr. Gary L Paxton, Esq.
    CLYDE SNOW SESSIONS & SWENSON
    ONE UTAH CENTER 13TH FL
    201 S MAIN ST
    SALT LAKE CITY, UT 84111-2216
    FAX 9,5216280