Brian S. King, #4610
Marcie E. Schaap, #4660
King & Isaacson, P.C.
4 Triad Center, Suite 825
Salt Lake City, Utah 84180
Telephone: (801) 532-1700
Attorneys for Plaintiffs



RECEIVED NOV 1 3 1998

OFFICE OF JUDGE
J. THOMAS GREENE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| ALINA MCDEVITT, through her guardian, PATRICK MCDEVITT, and UT-TEX, INC., d/b/a VISTA ADOLESCENT TREATMENT CENTER, | : | |
| Plaintiffs, | : | **ORDER** |
| v. | : | Case No. 2:98 CV624G |
| PRECISION CONCRETE, f/k/a CONCRETE RESOURCES; PRECISION CONCRETE MEDICAL BENEFITS PLAN f/k/a CONCRETE RESOURCES MEDICAL BENEFITS PLAN; and HUMANA HEALTH INSURANCE OF NEVADA, INC., | : | Judge J. Thomas Greene |
| Defendants. | : | |

Based on the Stipulation between the parties and on good cause appearing, it is hereby

Ordered that the Initial Pre-Trial Conference originally scheduled in this case for December 1,

1998 is continued to December 10, 1998 at the hour of 10:00 A.M. at 350 South Main, Room

//

103, Salt Lake City, Utah. The parties are directed to comply in all other respects with the Notice of Initial Pre-Trial Conference sent by the Court on November 5, 1998 to the parties.

DATED this 13th day of November, 1998.

_____
Judge J. Thomas Greene
Senior U.S. District Judge

Approved as to form:

_____
Gary L. Paxton
Attorney for Defendants Precision Concrete and
Precision Concrete Medical Benefits Plan

_____
Carolyn Stevens Jensen
Attorney for Defendant Humana, Inc.

```
                                                                 asb
              United States District Court
                         for the
                    District of Utah
                   November 16, 1998


              * * MAILING CERTIFICATE OF CLERK * *


Re:   2:98-cv-00624



True and correct copies of the attached were mailed by the clerk to the
following:


     Mr. Brian S King, Esq.
     KING & ISAACSON
     4 TRIAD CENTER 825
     SALT LAKE CITY, UT   84180
     FAX 9,5321780

     Mr. Gary L Paxton, Esq.
     CLYDE SNOW SESSIONS & SWENSON
     ONE UTAH CENTER 13TH FL
     201 S MAIN ST
     SALT LAKE CITY, UT   84111-2216
     JFAX 9,5216280

     Carolyn Stevens Jensen, Esq.
     WILLIAMS & HUNT
     257 E 200 S STE 500
     PO BOX 45678
     SALT LAKE CITY, UT   84145-5678
     JFAX 9,3644500
```