CAROLYN STEVENS JENSEN (A6338)
**WILLIAMS & HUNT**
Attorneys for Defendant, Humana Health Insurance of Nevada, Inc.
257 East 200 South, Suite 500
Post Office Box 45678
Salt Lake City, Utah 84145-5678
Phone (801) 521-5678

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALINA McDEVITT, through her guardian, PATRICK McDEVITT, and UT-TEX, INC., d/b/a VISTA ADOLESCENT TREATMENT CENTER, | ORDER OF DISMISSAL WITH PREJUDICE |
| Plaintiffs, | |
| v. | Case No. 2:98 CV624G  Judge J. Thomas Greene |
| PRECISION CONCRETE, f/k/a CONCRETE RESOURCES; PRECISION CONCRETE MEDICAL BENEFITS PLAN f/k/a CONCRETE RESOURCES MEDICAL BENEFITS PLAN; and HUMANA HEALTH INSURANCE OF NEVADA, INC., | |
| Defendants. | |

BASED UPON the Stipulation and Joint Motion for Dismissal With Prejudice, and good cause appearing therefor, the Court hereby orders, adjudges and decrees that this matter is dismissed with prejudice and on the merits, the parties to bear their own costs

15

and attorney fees.

DATED this 19th day of April 1999.

BY THE COURT:

By _____
Judge J. Thomas Greene

Approved as to form:

_____
Brian S. King
Attorney for Plaintiffs Alina McDevitt,
by and through her guardian Patrick McDevitt,
and UT-TEX, Inc., d/b/a Vista Adolescent Treatment
Center

_____
Gary L. Paxton
Attorney for Defendant, Precision
Concrete & Precision Concrete
Medical Benefits Plan

jag

United States District Court
for the
District of Utah
April 20, 1999

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   2:98-cv-00624

True and correct copies of the attached were mailed by the clerk to the following:

   Mr. Brian S King, Esq.
   KING & ISAACSON
   4 TRIAD CENTER 825
   SALT LAKE CITY, UT  84180
   JFAX 9,5321780

   Mr. Gary L Paxton, Esq.
   CLYDE SNOW SESSIONS & SWENSON
   ONE UTAH CENTER 13TH FL
   201 S MAIN ST
   SALT LAKE CITY, UT  84111-2216
   JFAX 9,5216280

   Carolyn Stevens Jensen, Esq.
   WILLIAMS & HUNT
   257 E 200 S STE 500
   PO BOX 45678
   SALT LAKE CITY, UT  84145-5678
   JFAX 9,3644500